FILED & JUDGMENT ENTERED
Steven T. Salata

Jan 14 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

RE:            )      CASE NO. 11-51441
               )
John Stephen Tabet  )      CHAPTER 13
               )
               )      ORDER
               )
   Debtor(s)   )

THIS MATTER, being heard upon the debtor's motion to pay off his Plan with exempt retirement proceeds during the January 11th 2013 motions docket for the Wilkesboro division, and after hearing the court finds:

FINDINGS:

   1. The debtor owns a 401k retirement plan through his previous employer and that said funds are excluded from property of the bankruptcy estate.

IT IS THEREFORE ORDERED:

   1. The debtor may withdraw funds from his 401k retirement account to pay off his chapter 13 plan.

   2. The debtor's attorney is allowed a 250.00 non base fee to be added to and paid through the plan.

This order has been signed                United States Bankruptcy Court
electronically. The judge's
signature appears at the
top of this order.