UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF NORTH CAROLINA

Wilkesboro Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 11-51441 |
| John Stephen Tabet | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |
| _____ | ) | |

RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

and REQUEST FOR HEARING

   NOW COMES , Debtor, in the above entitled Bankruptcy Case responding to the Motion for Relief filed by Parkway Bank and responds as follows:

1.  The Debtor is prepared to satisfy any sums due after receiving verification that the sums requested are correct.

2.  The debtor needs the home for an effective reorganization and there is nearly 20,000.00 equity per petition. Parkways interest are protected by allowing the debtor to proceed with the usual resolution.

THEREFORE, it is respectfully requested that the Court deny the Motion for Relief from the Automatic Stay of Section 362 or in the Alternative Adequate Protection.

   This the 5th of February, 2013.

                                                                  _____
                                                                  David E. Bolger
                                                                  Attorney for Debtor
                                                                  506 Wilkesboro Blvd. SE.
                                                                  Suite 230
                                                                  Lenoir, NC. 28645
                                                                  (828)757-2800
                                                                  #27649

CERTIFICATE OF SERVICE

TO:

Carroll Tuttle, electronic

Steve Tate, electronic

Debtor, US Mail

    This is to certify that I have this day served the above parties with a copy of this pleading by hand delivery or by depositing in the United States Mail, a copy of same in a properly addressed envelope with adequate postage thereon, in the manner prescribed by Rule 5 of the Rules of Civil Procedure.

    This the 5th, February 2013.

_____
David E. Bolger
Attorney for Debtor
506 Wilkesboro Blvd. SE.
Suite 230
Lenoir, NC. 28645
(828)757-2800
#27649